DINA L. ANDERSON
**Chapter 7 Trustee**
21001 N. Tatum Blvd., #1630-608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Telephone: (480) 304-8312

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>Jason Dominic LeVecke<br>Andrea Yvette LeVecke;<br><br>In Re:<br>Carl Damien LeVecke<br>Neisha Nadine LeVecke,<br><br>　　　　Debtors. | Case No. 16-00639-DPC<br>Case No. 16-00640-DPC<br><br>Chapter 7<br><br>**REPORT OF TRUSTEE'S<br>SALE OF REAL PROPERTY** |

Dina L. Anderson, Chapter 7 Trustee herein ("Trustee"), makes this Report of Sale of certain real property of the bankruptcy estate pursuant to the Order Granting Trustee's Motion for Approval of Sale of Real Property Free and Clear of All Liens signed on December 8, 2016:

**PURCHASER:** Tomas Hidalgo

**DESCRIPTION OF ASSETS SOLD:** Real property generally described as 7401 S. 41st Way, Phoenix, Arizona, Assessor's Parcel No. 123-18-250

**PRICE:** $50,000.00

The Trustee reports that she has received payment of the purchase price shown above, less closing costs, customary expenses, and commissions, as shown in the Final Closing Statement attached hereto as Exhibit A.

Dated: January 6, 2017　　　　　　　　　*/s/ Dina L. Anderson*
　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

EXHIBIT "A"

# GREAT AMERICAN TITLE AGENCY, INC.

7720 N. 16TH STREET, SUITE 450, PHOENIX, AZ 85020

Phone: (602) 324-2100    Fax: (602) 324-2109

## Closing Statement
### Final

| Escrow No: 00538920 - 222 DW2 | Close Date: 12/16/2016 | Proration Date: 12/16/2016 | Disbursement Date: 12/16/2016 |
|---|---|---|---|

**Buyer(s)/Borrower(s):** Tomas Hidalgo
P.O. Box 24071, Tempe, AZ 85285

**Seller(s):** Dina L. Anderson as Chapter 7 bankcruptcy Trustee of the bankruptcy estate of Inre Jason D. LeVecke and Andrea Y. LeVecke and Carl D. LeVecke and Neisha N. LeVecke, District of Arizona, bankruptcy Case Nos. 2:16-bk-00639-DPC and 2:16-bk--00640-DPC
5415 E. High St Suite 200, Phoenix, AZ 85054

**Lender:** Great LLC, an Arizona limited liability company
1628 E. Southern Ave. #9-131, Tempe, AZ 85282

**Loan #:**

**Property:** 7401 S 41st Way, Phoenix, AZ 85042

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **TOTAL CONSIDERATION:** | | |
| | 50,000.00 | Total Consideration | 50,000.00 | |
| | | Deposit/Earnest Money | | 50,000.00 |
| | | **NEW AND EXISTING ENCUMBRANCES:** | | |
| | | New Loan from Great LLC, an Arizona limited liability company | | |
| | | **ESCROW AND TITLE CHARGES:** | | |
| | | Lenders Policy $50,000.00 to Great American Title Agency, Inc. | 100.00 | |
| 803.00 | | Owners Policy $50,000.00 to Great American Title Agency, Inc. | | |
| 375.00 | | Escrow Fee to Great American Title Agency, Inc. | 375.00 | |
| | | **RECORDING FEES:** | | |
| 37.50 | | Recording Fees to Great American Title Agency, Inc. | 37.50 | |
| | | **ADDITIONAL CHARGES:** | | |
| 303.92 | | 2016 Taxes 123-18-250 to Maricopa County Treasurer | | |
| 38.17 | | 2014 Taxes CP 14002952 to Maricopa County Treasurer* | | |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 12.66 | County Taxes from 12/16/2016 to 1/1/2017 based on the Annual amount of $303.92 | 12.66 | |
| | | Buyer Closing Funds | | 600.16 |
| | | **COMMISSIONS:** | | |
| 3,000.00 | | Commission
$1,500.00 to West USA Realty
$1,500.00 to DPR Realty | | |
| 4,557.59 | 50,012.66 | Sub Totals | 50,525.16 | 50,600.16 |
| 45,455.07 | | Proceeds Due Seller        Refund Due Buyer | 75.00 | |
| 50,012.66 | 50,012.66 | Totals | 50,600.16 | 50,600.16 |

> I certify this to be
> a true and exact copy
> of the original.
>
> Great American Title Agency