| | |
|---|---|
| 1 | **DINA L. ANDERSON** |
| | **Chapter 7 Trustee** |
| 2 | 21001 N. Tatum Blvd., #1630-608 |
| | Phoenix, AZ 85050 |
| 3 | Email: General@DLATrustee.com |
| 4 | Telephone: (480) 304-8312 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: Jason D. LeVecke and Andrea Y. LeVecke; | ) ) ) | Case No. 2:16-bk-00639-DPC 2:16-bk-00640-DPC |
| In Re: Carl D. LeVecke and Neisha N. LeVecke, | ) ) ) | (Jointly Administered) |
| | ) ) | Chapter 7 |
| Debtors. | ) ) ) ) ) ) ) | **REPORT OF TRUSTEE'S PRIVATE SALE OF ASSET OF THE ESTATE OF IN RE: JASON D. LEVECKE AND ANDREA Y. LEVECKE, CASE NO. 2:16-BK-00639-DPC, PURSUANT TO FRBP 6004** |

Dina L. Anderson, Chapter 7 Trustee herein ("Trustee"), makes this Report of Sale of certain property of the bankruptcy estate:

**PURCHASER:** Partnership Liquidity Investors IV, LLC

**DESCRIPTION OF ASSETS SOLD:** A 33.3% membership interest held by Debtors Jason D. LeVecke and/or Andrea Y. LeVecke in Venshur, LLC a Delaware Limited Liability Company ("Venshur") including any and all economic and non-economic rights provided through this membership interest under the terms and conditions of the operating agreement of Venshur

**PRICE:** $21,000.00

The Trustee reports that she has received payment of the purchase price shown above and that the sale was properly noticed to all creditors and parties in interest pursuant to Bankruptcy Rules 2002, 6004.

Dated: June 16, 2017            */s/ Dina L. Anderson*
                                                Chapter 7 Trustee