**DINA L. ANDERSON**
**Chapter 7 Trustee**
21001 N. Tatum Blvd., #1630-608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Telephone: (480) 304-8312

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>Jason Dominic LeVecke<br>Andrea Yvette LeVecke; | Case No. 16-00639-DPC<br>Case No. 16-00640-DPC<br>(Jointly Administered) |
| In Re:<br>Carl Damien LeVecke<br>Neisha Nadine LeVecke,<br>                Debtors. | Chapter 7<br><br>**REPORT OF TRUSTEE'S**<br>**SALE OF REAL PROPERTY** |

      Dina L. Anderson, Chapter 7 Trustee herein ("Trustee"), makes this Report of Sale of certain real property of the bankruptcy estate pursuant to the Order Granting Trustee's Motion for Approval of Sale of Real Property Free and Clear of All Liens signed on August 15, 2016 at Docket Entry No. 273:

**PURCHASER:**    Bruce Bletsh

**DESCRIPTION OF ASSETS SOLD:**    Real property generally described as 8826 S. 20th Place, Phoenix, Arizona 85042, Assessor's Parcel No. 301-36-106-6

**PRICE:** $310,000.00

      The Trustee reports that she has received payment of the purchase price shown above, less closing costs, customary expenses, and commissions, as shown in the Final Settlement Statement attached hereto as Exhibit A.

Dated: July 17, 2018                            */s/ Dina L. Anderson*
                                                                    Chapter 7 Trustee

EXHIBIT "A"

American Land Title Association

ALTA Settlement Statement - Combined - Final
Adopted 05-01-2015

**Great American Title Agency, Inc.**
1039355
7720 N. 16TH STREET, SUITE 450 PHOENIX, AZ 85020
Phone: (602) 324-2100

File No./Escrow No.: 00534203-222-DW2
Print Date & Time: 9/14/2016 - 4:48:04PM
Officer/Escrow Officer: Donna Walt
Settlement Location: 7720 N. 16TH STREET, SUITE 450, PHOENIX, AZ 85020
Property Address: 8826 S. 20th Place, Phoenix, AZ 85042, 301-36-106-6
Borrower: Bruce Bletsh
Seller: Dina L. Anderson as Chapter 7 bankruptcy Trustee of the bankruptcy estate of Inne Carl D. LeVacke, District of, a true and exact copy of the original.
Lender: Centennial Bank
Settlement Date: 9/14/2016
Disbursement Date: 9/14/2016

Great American Title Agency

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | 310,000.00 | Sale Price of Property | 310,000.00 | |
| | | Deposit | | 3,000.00 |
| | | Loan Amount | | 248,000.00 |
| | | Lender Credits | (83.72) | |
| | | **Prorations/Adjustments** | | |
| 654.00 | | Title Insurance Premium Adjustment | | 654.00 |
| 636.09 | | County Taxes 07/01/16 to 09/14/16 | | 636.09 |
| | | **Loan Charges to Centennial Bank** | | |
| | | Origination Fee | 1,860.00 | |
| | | Processing Fee | 350.00 | |
| | | Underwriting Fees | 500.00 | |
| | | Prepaid Interest ($25.83 per day from 9/14/16 to 10/1/16) | 439.17 | |
| | | **Other Loan Charges** | | |
| | | 4506T Execution Fee to Data Facts | 17.00 | |
| | | Appraisal Fee to RELS Valuation AZ | 500.00 | |
| | | Courier Fee / Overnight Fee to Unishippers | 30.00 | |
| | | Credit Report to Data Facts | 31.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.
Page 1 of 3
File #00534203-222-DW2

Case 2:16-bk-00639-DPC   Doc 481   Filed 07/17/18   Entered 07/17/18 15:00:51   Desc
Main Document   Page 3 of 5

| Seller | | Description | Borrower/Buyer | |
|---:|---:|---|---:|---:|
| Debit | Credit | | Debit | Credit |
| | | Flood Certification to Corelogic | 11.00 | |
| | | Fraud Guard to Corelogic | 15.00 | |
| | | MERS Fee to MERS | 6.95 | |
| | | SS Validation Fee to Data Facts | 5.00 | |
| | | Verification Fee to The Work Number | 35.00 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance $53.33 per month for 3 mo. to Centennial Bank | 159.99 | |
| | | Property Taxes $261.41 per month for 3 mo. to Centennial Bank | 784.23 | |
| | | Aggregate Adjustment | (314.74) | |
| | | | | |
| | | **Title Charges & Escrow/Settlement Charges** | | |
| | | ALTA 2006 Extended Loan Policy to Great American Title Agency, Inc. | 1,426.00 | |
| | | 8.1-06 Environmental Protection Lien to Great American Title Agency, Inc. | 100.00 | |
| | | 5-06 Planned Unit Development to Great American Title Agency, Inc. | 100.00 | |
| | | 9-06 Restrict, Encroach, Minerals to Great American Title Agency, Inc. | 100.00 | |
| 843.00 | | EAGLE ALTA Homeowner's Policy of Title Insurance (Rev. 2-3-10) to Great American Title Agency, Inc. | | |
| | | Closing Protection Letter Fee to Great American Title Agency, Inc. | 25.00 | |
| 550.00 | | Escrow Fee to Great American Title Agency, Inc. | 550.00 | |
| | | Notary Fee to Great American Title Agency, Inc. | 75.00 | |
| 16.50 | | Recording Service Fee to Great American Title Agency, Inc. | 16.50 | |
| | | | | |
| | | **Commission** | | |
| 9,300.00 | | Real Estate Commission to Realty One Group | | |
| 9,300.00 | | Real Estate Commission to West USA Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| 12.50 | | Recording Fee For Mortgage to Great American Title Agency, Inc. | 12.50 | |
| 8.50 | | Recording Fee For Deed to Great American Title Agency, Inc. | 8.50 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium (12 mo.) to AZ Insurance Team, LLC | 640.00 | |
| 1,568.44 | | 1st 1/2 of 2016 Property Taxes #301-36-105-6 to Maricopa County Treasurer | | |
| 2,518.19 | | 2015 Taxes + penalty #301-36-105-6 to Maricopa County Treasurer | | |
| 150,000.00 | | Debtor Homestead Exemption to Carl D. LeVecke and Neisha N. LeVecke | | |
| 813.00 | | HOA Balance Due to Siesta Foothills HOA | | |
| 400.00 | | HOA Disclosure Fee to Associa Arizona | | |
| 50.00 | | HOA Disclosure Update Fee to Associa Arizona | | |

Copyright 2015 American Land Title Association.
All rights reserved.
Page 2 of 3
File #00534203-222-DW2

Case 2:16-bk-00639-DPC   Doc 481   Filed 07/17/18   Entered 07/17/18 15:00:51   Desc
Main Document    Page 4 of 5

| Seller | | Description | Borrower/Buyer | |
|---:|---:|---|---:|---:|
| Debit | Credit | | Debit | Credit |
| | | HOA Dues Oct & Nov 2016 to Siesta Foothills HOA | 176.00 | |
| 145.15 | | Pool Repair Reimbursement to Listing Agent to Vince Zerilli | | |
| 88.00 | | Sept HOA Dues to Siesta Foothills HOA | | |
| | | Selling Agent Credit | | 2,700.00 |
| | | Buyer closing funds deposited | | 62,635.29 |
| | | | | |
| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| 176,903.37 | 310,000.00 | Subtotals | 317,575.38 | 317,625.38 |
| | | Refund Due Buyer | 50.00 | |
| 133,096.63 | | Proceeds Due Seller | | |
| 310,000.00 | 310,000.00 | Totals | 317,625.38 | 317,625.38 |

Copyright 2015 American Land Title Association.
All rights reserved.