## Guttilla Murphy Anderson

**Ryan W. Anderson** (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300 Fax: (480) 304-8301

Attorneys for Dina L. Anderson, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Jason D. LeVecke and Andrea Y. LeVecke;<br><br>In re:<br><br>Carl D. LeVecke and Neisha N. LeVecke<br><br>Debtors. | Case No. 2:16-bk-00639-DPC<br>2:16-bk-00640-DPC<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>**SUMMARY SHEET** |

| | | | |
|---|---|---|---|
| Fees Previously Requested | $63,522.50 | Applicant: | Guttilla Murphy Anderson, PC |
| Fees Previously Awarded | $63,522.50 | Role in Case: | Attorney for Trustee |
| Expenses Previously Requested | $3,366.82 | | |
| Expenses Previously Awarded | $3,366.82 | | |

Fees Awarded and Paid: $63,522.50
Expenses Awarded and Paid: $3,366.82

Current Application:
Fees Incurred $40,140.00
Fees Requested $40,140.00
Expenses Requested $1,976.40
TOTAL Fees & Costs Requested: $42,116.40

| Professional & Paraprofessionals | Hours Billed Current Application | Effective Rate | Total for Invoice |
|---|---|---|---|
| Ryan W. Anderson (Attorney) | 14.9 | $300.00/hour | $4,470.00 |
| Dawn Maguire (Attorney) | 0.6 | $325.00/hour | $195.00 |
| Alisan M.B. Patten (Attorney) | 125.7 | $275.00/ hour | $34,567.50 |
| Joanellen Campanaro (Paralegal) | 6.4 | $119.14/hour | $762.50 |

| | | | |
|---|---|---|---|
| Christine Schmidt (Paralegal) | 0.8 | $150.00/hour | $120.00 |
| Cindy M. Ambrozic (Paralegal) | 0.2 | $125.00 | $25.00 |

Trustee's funds on hand: $21,736.10

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

2

**Guttilla Murphy Anderson**
**Ryan W. Anderson** (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300Fax: (480) 304-8301

Attorneys for Dina L. Anderson, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:16-bk-00639-DPC |
| | 2:16-bk-00640-DPC |
| Jason D. LeVecke and Andrea Y. LeVecke; | (Jointly Administered) |
| In re: | |
| Carl D. LeVecke and Neisha N. LeVecke | Chapter 7 |
| Debtors. | **SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL OF TRUSTEE** |
| | **Re: Jason and Andrea LeVecke Bankruptcy Estate** |
| | **TO BE NOTICED WITH TRUSTEE'S FINAL REPORT** |

Guttilla Murphy Anderson, P.C., counsel for Chapter 7 Trustee, Dina L. Anderson ("Trustee"), hereby makes its Second and Final Application for Compensation and Reimbursement of Expenses for services rendered on behalf of the Trustee. In support of this Application, Guttilla Murphy Anderson, P.C. (the "Firm"), submits its billing invoice for fees and costs incurred between the period of January 1, 2017 through July 16, 2018, attached hereto as Exhibit "A". In further support of this Application, the Firm represents the following:

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

# **BACKGROUND**

1.     On January 25, 2016, Jason D. LeVecke and Andrea Y. LeVecke ("Debtors") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.  Thereafter, Dina L. Anderson was appointed as Chapter 7 Trustee ("Trustee").

2.     On February 9, 2016, the Firm filed its Application to Employ Counsel for Chapter 7 Trustee.  The Firm's employment as counsel was approved by Order of the Court entered on February 10, 2016.

3.     This is the Firm's Second and Final Application for Compensation and Reimbursement of Expenses.  The Firm applies for compensation in the amount of $40,140.00 and reimbursement of expenses in the amount of $1,976.40 for services rendered from January 1, 2017 through July 16, 2018.  Total compensation and reimbursement sought amounts to $42,116.40.

4.     The Firm has provided Trustee with a copy of this Application.  The Trustee has reviewed this Application and approves the requested amount.  The Trustee does not object to the payment of fees requested herein.

5.     The hourly rates charged by professionals and paraprofessionals at the Firm were as follows:

| | |
|---|---|
| Partners and Of Counsel | $300.00 - $325.00 |
| Senior Associates | $275.00 |
| Associates | $250.00 |
| Law Clerks | $125.00 |
| Paralegals | $85.00 - $150.00 |

6.     The rates charged by the Firm are customary rates charged by comparably skilled practitioners for similar services rendered in comparable bankruptcy proceedings.

7.     All services for which compensation is requested were performed for and on behalf of the Trustee; all expenses for which reimbursement is requested were expended for and on behalf of the Trustee.  Compensation is sought pursuant to 11 U.S.C. §§ 330(a), 331, and 503(a) and (b),

4

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1  Fed. R. Bankr. P., Rule 2016(a) and the guidelines of the Office of the United States Trustee for

2  the District of Arizona.

3      8.      Except as otherwise provided pursuant to 11 U.S.C. § 504(b)(1), the Firm has not

4  shared, nor agreed to share, compensation with any other individuals or entities.

5      9.      The Firm requests the right to supplement this Application if additional fees and

6  costs are incurred.

7                    **SERVICES PERFORMED AND COSTS INCURRED**

8      10.     The Firm has rendered professional services to the Trustee since the date of filing

9  the employment application.  The Firm has advised the Trustee with respect to all legal matters

10  relating to the administration of the estate herein, including the powers and duties of a trustee, the

11  collection and management of property of the estate, and has prepared and assisted the Trustee in

12  the preparation of necessary applications, motions, orders and other documents as required for the

13  proper administration of this estate.

14     11.     Detailed accountings of the Firm's services performed and costs incurred on behalf

15  of the Trustee are set forth in the invoice attached hereto as Exhibit "A".  The invoice includes a

16  "task-oriented" breakdown of services rendered and costs incurred in accordance with the United

17  States Trustee's guidelines concerning fee applications.

18                **PROJECT SUMMARY OF LEGAL SERVICES PERFORMED**

19                          **A.   CASE ADMINISTRATION**

20     12.     During the Application period, the Firm was in regular communication with the

21  Trustee and interested parties and monitored, and continues to monitor, all matters concerning this

22  case.  In connection with this task project category, the Firm has accrued total fees of amount of

23  $662.50, representing 2.3 total hours of labor, as set forth in Exhibit "A".

24

## B. ASSET ANALYSIS AND RECOVERY

13.   The Firm expended substantial time assisting the Trustee in her efforts to account for, and collect, the Debtors' assets including, but not limited to, work in connection with the following: (1) Addressing issues with Amsberry Trust, which eventually resulting in a settlement agreement that paid $2,000.00 for the benefit of the bankruptcy estate; (2) Addressing issues with respect claims against CliftonLarsonAllen LLP that resulted in $8,750.00 recovery for the benefit of the bankruptcy estate; (3) Addressing issues resulting in a settlement between the Bankruptcy Estate Carl's Jr. Restaurants LLC; Carl Karcher Enterprises LLC; Hardee's Food Systems LLC; CKE Restaurants Holdings, Inc; Andrew F. Puzder; E. Michael Murphy; and Theodore Abajian which resulted in $5,000.00 for the benefit of the bankruptcy estate; (4)Addressing issues with respect to the Sale of the Debtors membership interest in SE Puede Estrella, LLC which resulted in a total of $16,000.00 for the benefit of the bankruptcy estate; and (5) Addressing issues with respect to the sale of  sale of the Debtor's a 33.3% membership interest in Venshur, LLC, which resulted in $21,000.00 for the benefit of the bankruptcy estate.  In connection with this task category, the Firm has accrued total fees of $36,352.5, representing 135.4 hours of labor, as set forth in Exhibit "A.

## C. FEE/EMPLOYMENT APPLICATIONS

14.   The Firm prepared and filed, on behalf of the Trustee, Trustee's Application to Employ the Firm as Counsel.  The Firm has prepared this Application for Compensation and Reimbursement of Expenses, and has expended considerable effort in conforming its billing practices and categories to the United States Trustee's guidelines.  In connection with this task category, the Firm has accrued total fees of $3,097.50, representing 10.8 hours of labor, as set forth in Exhibit "A".

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

### D.    TAX ISSUES

15.    The Firm represented Trustee in connection with tax issues concerning the Bankruptcy Estate and is working with Trustee's accountant to gather information and documentation needed to assist the accountant with the scope of his duties.  The Firm continues to assist the Trustee and work with Trustee's accountant in connection with this task.  In connection with this task project category, the Firm has accrued total fees of $27.50, representing 0.1 hours of labor, as set forth in Exhibit "A".

### REIMBURSEMENT FOR ACTUAL, NECESSARY EXPENSES

16.    The Firm has incurred total expenses of $1,976.40 on behalf of the Trustee herein. These expenses include photocopies, messenger services, filing fees, PACER charges, postage, and travel mileage.  The Firm charges $.20 for photocopies, and $0.51 per mile for travel.  All expenses incurred to third parties, such as Federal Express, mail, computer research, and parking are limited to the actual amount paid.  All expenses are prorated where appropriate between the estate and other cases.

### CASE STATUS

17.    As of the date of this Application, the Trustee has cash on hand in the approximate amount of $38,794.35.

18.    At this time there are not sufficient assets in this estate to allow for the immediate payment of the fees requested in this application without prejudicing other administrative claims, and therefore, the fees and costs herein will need to be paid upon Trustee's closing of this case.

### EVALUATING STANDARDS

19.    Based upon its customary hourly rates, the Firm incurred fees during the Application Period totaling $40,140.00.  In accordance with 11 U.S.C. § 330, this amount was calculated using the hourly rate for professional and paraprofessionals involved.  See also In re

7

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Yermankov, 718 F.2d 1465, 1471 (9th Cir. 1983) ("the primary method used to determine reasonable attorney's fees in a bankruptcy case is to multiply the number of hours expended by an hourly rate"). This has also been referred to as the "lodestar" or basic fee which, if warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in Yermankov made specific reference to Johnson v. Georgia Highway Express, Inc. 488 F.2d 713, 717-719(5th Cir. 1974), in which the Firth Circuit listed twelve factors which should be considered in awarding attorneys' fees in bankruptcy cases. See In re Nucorp Energy, Inc. 764 F.2d 655 (9th Cir. 1985). The Ninth Circuit Bankruptcy Appellate Panel concluded that the "lodestar" approach, coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in awarding the fees in a bankruptcy case. See In re Powerine Oil Co., 71 B.R. 767 (9th Cir. 1986).

In addition, the provisions of Section 330(a) place a premium on the timeliness of the administration of the case. Compensable services must be "performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed". 11 U.S.C. § 330(a)(3)(D). The results obtained within the time frame of this Application illustrate that the Firm:

      a.     Possessed and used the expertise required to represent the Trustee in this case;

      b.     Provided services necessary to the administration of this case; and,

      c.     Performed the services within a reasonable amount of time commensurate with the complexity, importance and nature of each task.

Furthermore, based upon the customary compensation charged by comparably skilled practitioners in non-bankruptcy cases, the results obtained within the time frame of this Application and the rates charges for the services performed, the compensation requested is reasonable.

8

# **CONCLUSION**

Based on the foregoing, the Firm respectfully requests an order of this Court approving and allowing the Firm's administrative claim for fees and costs in the total sum of $42,116.40, to the firm herein upon Trustee's closing of this case and directing that this payment shall be subordinated to the fees and expenses due to the Chapter 7 Trustee.

Dated this 24th day of July, 2018.

GUTTILLA MURPHY ANDERSON, P.C.

*/s/ Ryan W. Anderson*
Ryan W. Anderson
Attorneys for the Chapter 7 Trustee

Copy of the foregoing mailed (and emailed where indicated)
on July 24, 2018, to:

Jason D. LeVecke
Andrea Y. LeVecke
4473 S. Basha Road
Chandler, AZ 85248
Debtors

Carl D. LeVecke
Neisha N. LeVecke
162 E. Tonto Place
Chandler, AZ 85249
Debtors

Todd Feltus
Julia A. Wagner
Kercsmar & Feltus PLLC
7150 E. Camelback Rd., Suite 285
Scottsdale, AZ 85251
*tfeltus@kflawaz.com*
*jaw@kflawaz.com*
Attorneys for Debtors and Margaret LeVecke Edgar

Bruce G. Landau
Landau & Landau
8306 Wilshire Blvd, Suite 1803
Beverly Hills, CA 90211
*BGL26@aol.com*

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1   Attorneys for Creditor Carendelle, LLC

2   William R. Richardson
    Richardson & Richardson, P.C.
3   1745 South Alma School Rd.
    Corporate Center, Suite 100
4   Mesa, AZ 85210-3010
    *wrichlaw@aol.com*
5   Attorneys for Creditor Amsberry Family Trust

6   Ronald J. Ellett
    Helen K. Santilli
7   Ellett Law Offices, P.C.
    2999 N. 44th St., Ste. 330
8   Phoenix, AZ 85018
    Attorneys for CSC Holdings, LLC and CSC Trust,
9   Waterstone 34528 LLC

10  Edwin B. Stanley
    Simbro & Stanley, PLC
11  8767 E. Via De Commercio #103
    Scottsdale, AZ 85258-3374
12  *bstanley@simbroandstanley.com*
    Attorneys for Creditor Florence Homes, LLC

13
    W. Scott Jenkins, Jr.
14  Alissa A. Brice
    Quarles & Brady LLP
15  Renaissance One
    Two North Central Avenue
16  Phoenix, AZ 85004-2391
    *scott.jenkins@quarles.com*
17  *alissa.brice@quarles.com*
    Attorneys for Western Alliance Bank

18
    Marian Garza
19  Ascension Capital Group
    P.O. Box 201347
20  Arlington, TX 76006
    *ecfnotices@ascensioncapitalgroup.com*
21  Bankruptcy Servicer for Capital One Auto Finance

22  Scott W. Hyder
    Law Office of Scott W. Hyder, PLC
23  3420 E. Shea Blvd., Ste. 200
    Phoenix, AZ 85028
24  *shyder@scotthyderlaw.com*

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1   Attorneys for Creditor DMS 2, LLC,
    HRDS Carbondale IL, LLC, HRDS Glenn Ellyn IL LLC,
2   HRDS Lisle IL, LLC, HRDS Roundlake IL, LLC,
    HRDS Springfield IL, LLC, CSJR Phoenix AZ LLC,
3   CSJR Longview Texas LLC, and Heritage Joliet LLC

4   Mark T. Guerra
    Law Office of Mark T. Guerra
5   1050 W. Washington Street, Suite 214
    Tempe, AZ 85281
6   *mguerra@sunstatebuilders.com*
    Attorneys for Creditors Chamberlain Development, L.L.C.,
7   and Charles W. Dietrich and Conchita S. Dietrich,
    Trustees of the Chuck and Connie Dietrich Revocable Trust

8
    William Novotny
9   Dickinson Wright PLLC
    1850 North Central Ave., Suite 1400
10  Phoenix, AZ 85004
    *wnovotny@dickinsonwright.com*
11  Attorneys for Vestar California XXII, L.L.C.,
    HVTC, LLC and Gilbert-Chandler Heights I, LLC

12
    Todd A. Burgess
13  Gallagher & Kennedy, P.A.
    2575 East Camelback Road
14  Phoenix, AZ 85016-9225
    *todd.burgess@gknet.com*
15  Attorneys for Ricardo Hector Abellan and Trinidad
    Alba Navarro De Abellan, Trustees of the
16  Abellan Family Trust

17  Jason B. Binford
    Kane Russell Coleman & Logan PC
18  3700 Thanksgiving Tower
    1601 Elm Street
19  Dallas, TX 75201
    *jbinford@krcl.com*
20  Attorneys for Ricardo Hector Abellan and Trinidad
    Alba Navarro De Abellan, Trustees of the
21  Abellan Family Trust

22  Aaron M. Waite
    Weinstein & Riley, P.S.
23  6785-4 S. Eastern Avenue
    Las Vegas, NV 98119
24  *AaronW@w-legal.com*

11

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1   Attorneys for USAA Federal Savings Bank

2   Thomas C. Axelsen
    Bryan A. Albue
3   Sherman & Howard L.L.C.
    201 E. Washington St., Suite 800
4   Phoenix, AZ 85004-2327
    *taxelsen@shermanhoward.com*
5   *balbue@shermanhoward.com*
    Attorneys for Protective Life Insurance Co.
6
    Robert J. Miller
7   Bryce A. Suzuki
    Justin A. Sabin
8   Bryan Cave, LLP
    Two North Central Ave., Suite 2200
9   Phoenix, AZ  85004-4406
    *rjmiller@bryancave.com*
10  *bryce.suzuki@bryancave.com*
    *justin.sabin@bryancave.com*
11  Attorneys for P. Gregg Curry
    Chapter 11 Trustee in
12  *In re Frontier Star, LLC*, Case No. 2:15-bk-09383-EPB;
    *In re Frontier Star CJ, LLC*, Case No. 2:15-bk-09385;
13  *In re Frontier Star 1, LLC*, Case No. 2:15-bk-146670-EPB;
    *In re MIH Admin Services, LLC*, Case No. 2:15-14682-EPB
14
    Donald W. Fitzgerald
15  Holly A. Estioko
    Felderstein Fitzgerald Willoughby & Pascuzzi LLP
16  400 Capitol Mall, Suite 1750
    Sacramento, CA 95814
17  *dfitzgerald@ffwplaw.com*
    *hestioko@ffwplaw.com*
18  Attorneys for Miriam Shapiro, Trustee
    Of the Miriam Shapiro Revocable
19  Trust dated August 16, 1991

20  Brad Stevens
    Jennings, Strouss & Salmon, P.L.C.
21  One East Washington Street
    Suite 1900
22  Phoenix, Arizona 85004-2554
    *bstevens@jsslaw.com*
23  Attorneys for Cumming D. Carl's, LLC and
    LPG Grand, LLC

24

Matthew H. Sloan
Jennings, Haug & Cunningham, LLP
2800 North Central Avenue
Suite 1800
Phoenix, Arizona 85004-1049
*mhs@jhc-law.com*
Attorneys for Hendrick Commercial, LLC

Timothy I. McCulloch
Bradley L. Dunn
Hinshaw & Culbertson LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
*tmcculloch@hinshawlaw.com*
*bdunn@hinshawlaw.com*
Attorneys for Nonsan, LLC and KJG Castle Holdings, LLC

James F. Kahn
Krystal M. Ahart
James F. Kahn, P.C.
Bankruptcy Legal Center
Law Office of James F. Kahn, P.C.
301 East Bethany Home Road
Suite C-195
Phoenix, Arizona 85012-1266
*James.Kahn@azbar.org*
*Krystal.Ahart@azbar.org*
Attorneys for SJFT, LLC,
Chen Ying Lee, Chicago 6034 E. North Ave., LLC,
Radcliff 333 S. Dixie Blvd, LLC,
The Hirschel Living Trust Dated
November 12, 1991,
Chicago 124E 103rd St., LLC, SJFT, LLC

Michael A. Jones
Allen Barnes & Jones, PLC
1850 N Central Ave Suite 1150
Phoenix, AZ 85004-0001
*mjones@allenbarneslaw.com*
Attorneys for KMK Group, LLC and
Nine Crown, LLC, and Co-Counsel for Ned M. Thompson and
Connie G. Thompson, Filipponi Family Trust
dated October 5, 1982

Christopher A. Combs
Benjamin L. Gottlieb
Combs Gottlieb & Macqueen, P.C.

1    2200 E. Camelback Road, Suite 221
     Phoenix, AZ 85016
2    *Ben@cgmlawgroup.com*
     Co-Counsel for Ned M. Thompson and
3    Connie G. Thompson, Filipponi Family Limited
     Partnership, and Filipponi Family Trust
4    dated October 5, 1982

5    Ryan J. Bird
     Gilbert Bird Law Firm, PC
6    10575 N. 114th Street, Suite 115
     Scottsdale, AZ 85259
7    *rbird@gilbertbirdlaw.com*
     Attorneys for Vanna P. Regner Trust, and
8    EC Highland, LLC

9    David D. Cleary
     Greenberg Traurig, LLP
10   Attorneys at Law
     2375 E. Camelback Rd., Ste. 700
11   Phoenix, AZ 85016
     *clearyd@gtlaw.com*
12   Attorneys for John and Berna Bruzzone
     Family Partnership, LP
13
     Milford W. Dahl, Jr.
14   Caroline R. Djang
     RUTAN & TUCKER, LLP
15   611 Anton Boulevard, Suite 1400
     Costa Mesa, California 92626-1931
16   *mdahl@rutan.com*
     *cdjang@rutan.com*
17   Attorneys for Jun Watanabe,
     Walter Watanabe and Osamu Watanabe
18
     Rebecca K. O'Brien
19   Rusing Lopez & Lizardi, P.L.L.C.
     6363 North Swan Road, Suite 151
20   Tucson, Arizona 85718
     *robrien@rllaz.com*
21   Attorneys for Creditor Bank of the West

22   Alan Becker
     Litchfield Cavo LLP
23   303 W. Madison, Suite 300
     Chicago, IL 60606
24   *becker@litchfieldcavo.com*

**Gutilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

14

1  Co-Counsel for creditors:
   KMK Group, LLC, Nine Crown, LLC,
2  Chicago 6034 W. North Avenue, LLC,
   333 W Dixie Blvd, LLC, Flint Land Company, LLC,
3  HRDS Glen Ellyn, LLC, HRDS Carbondale, LLC,
   HRDS Lisle, IL, LLC, HRDS Springfield, IL, LLC,
4  CSJR Longview TX, LLC, CSJR Phoenix AZ, LLC,
   Heritage Richton, LLC, Phillips Yee, DMS 2, LLC,
5  and Heritage Joliet, LLC

6  Clay M. Taylor
   Katherine T. Hopkins
7  Kelly Hart & Hallman LLP
   201 Main Street, Suite 2500
8  Fort Worth, TX 76102
   *clay.taylor@kellyhart.com*
9  *katherine.hopkins@kellyhart.com*
   Co-Counsel for Verdad Real Estate, Inc.,
10 Bonnes Frites, LLC, VRE Forsyth, LLC,
   VRE Waxahachie, LLC, VRE Grayslake, LLC,
11 VRE Libertyville, LLC, VRE Chandler, LLC,
   VRE Little Rock, LLC, Hardvark, LLC, and
12 VRE Chicago Eleven, LLC

13 Todd M. Adkins
   CHESTER & SHEIN, P.C.
14 8777 N. Gainey Center Drive, Suite 191
   Scottsdale, Arizona 85258
15 *tadkins@cslawyers.com*
   Co-Counsel for Verdad Real Estate, Inc.,
16 Bonnes Frites, LLC, VRE Forsyth, LLC,
   VRE Waxahachie, LLC, VRE Grayslake, LLC,
17 VRE Libertyville, LLC, VRE Chandler, LLC,
   VRE Little Rock, LLC, Hardvark, LLC, and
18 VRE Chicago Eleven, LLC

19 Paul J. Leeds
   Maggie E. Schroedter
20 Higgs, Fletcher & Mack LLP
   401 West A Street, Suite 2600
21 San Diego, CA 92101-7913
   *leedsp@higgslaw.com*
22 *schroedterm@higgslaw.com*
   Attorneys for Creditors Artemio Puedan and
23 Flora Puedan

24

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1    Richard H. Goldberg
     Renaud Cool Drury Mesaros, PA
2    One North Central, Suite 900
     Phoenix, AZ 85004
3    *rgoldberg@rcdmlaw.com*
     Attorneys for Creditors Artemio Puedan and
4    Flora Puedan

5    ALDRIDGE PITE, LLP
     4375 Jutland Drive, Suite 200
6    P.O. Box 17933
     San Diego, CA 92177-0933
7    *ecfazb@aldridgepite.com*
     Attorneys for U.S. Bank Home Mortgage
8

     Jennifer A. Giaimo
9    U.S. TRUSTEE
     Office of the United States Trustee
10   230 N. First Ave., Suite 204
     Phoenix, AZ 85003-1706
11

     Jay W. Hurst, Assistant Attorney General
12   c/o Sherri K. Simpson, Paralegal
     Texas Attorney General's Office
13   P. O. Box 12548
     Austin, TX 78711-2548
14   *Bk-jhurst@oag.texas.gov*
     *Sherri.simpson@oag.texas.gov*
15   Attorney for TX Comptroller of Public Accounts

16   Nathan F. Smith
     Malcolm Cisneros, a Law Corporation
17   2112 Business Center Drive, Second Floor
     Irvine, CA 92612
18   *Nathan@mclaw.org*
     Attorney for U.S. Bank National Association
19

     Denis and Lois Borgogno
20   1406 Dove Lane
     Fullerton, CA 92833
21   *dennis@charysoftware.com*

22   Alyson M. Fiedler
     Andrew M. Minear
23   Louis T. DeLucia
     Schiff Hardin LLP
24   666 Fifth Avenue, Suite 1700

New York, New York 10103
*afiedler@schiffhardin.com*
*aminear@schiffhardin.com*
*ldelucia@schiffhardin.com*
Attorneys for HS Orland Hills, LLC

Andrew A. Harnisch
Minkin & Harnisch PLLC
6515 N. 12th Street, Suite B
Phoenix, Arizona 85014-1386
*andy@mhlawaz.com*
Co-Counsel for HS Orland Hills, LLC

Vestar California XXII
2425 E. Camelback Rd. #750
Phoenix, AZ 85016-4296

Gilbert-Chandler Heights I, L.L.C.
c/o Vestar Development
2425 E. Camelback Rd. #750
Phoenix, AZ 85016-4261

BMW Financial Services NA, LLC
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Truwest Credit Union
c/o Patricia Doyle-Kossick
4500 S. Lakeshore Drive, Suite 575
Tempe, AZ 85282-7187

Artemio and Flora Puedan
2124 Alexander Drive
Escondido, CA 92025-6408

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-0306

CAJR, LLC
PO Box 2219
Capistrano Beach, CA 92624-0219

Capital One Bank (USA), N.A.
PO Box 71083

*Gutilla Murphy Anderson, P.C.*
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1   Charlotte, NC 28272-1083

2   Manny Hirschel
    112 Timberlodge Court
3   Roseville, CA 95747-8714

4   Nine Crown LLC
    c/o Michael A. Jones
5   Allen Barnes & Jones PLC
    1850 N. Central Ave., Suite 1150
6   Phoenix, AZ 85004-4512

7   P. Gregg Curry, Chapter 11 Trustee
    Navigant
8   201 E. Washington Street, Suite 1700
    Phoenix, AZ 85004-2245

9
    PAR/HVB Equipment Capital LLC
10  101 South Salina Street
    Syracuse, NY 13202-1311

11
    PYOD, LLC
12  Resurgent capital Services
    PO Box 19008
13  Greenville, SC 29602-9008

14  Raymond Walls
    PO Box 27263
15  Santa Ana, CA 92799-7263

16  Siesta Foothills
    c/o Assoc. Arizona
17  1225 Alma Road #100
    Richardson, TX 75081-2298

18
    SJFT LLC
19  Attn: Yih G. Jan
    3819 E. Amberwood Drive
20  Phoenix, AZ 85045-7354

21  The Orthopedic Clinic Assoc.
    2222 E. Highland Ave #300
22  Phoenix, AZ 85016-4879

23  Tru-West
    PO Box 3489
24  Scottsdale, AZ 85271-3489

18

Sean P. O'Brien
Gust Rosenfeld PLC
One E. Washington, Suite 1600
Phoenix, AZ 85004-2553
*spobrien@gustlaw.com*
Attorneys for Carl's Jr. Restaurants LLC
and Hardee's Restaurants LLC

J. Bennett Friedman
Friedman Law Group, P.C.
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
*jfriedman@flg-law.com*
Attorneys for Margaret Karcher LeVecke
and Margaret Karcher LeVecke Enterprises, LLC

Warren Forsythe
President/CFO
StarCorp, LLC
20 E. Thomas Rd. Suite 2200
Phoenix, AZ 85012

Nick Henderson
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204-3029
Attorneys for StarCorp, LLC

James R. Felton
Greenberg & Bass LLP
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436
*jfelton@greenbass.com*
Attorneys for Creditor Leticia Ibarra

LIST ALL THE PEOPLE ON CARLS MASTER MAILING LIST THAT ARE NOT ON JASON'S MASTER MAILING LIST.

BMW Financial Services NA, LLC
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Guttila Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

19

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1    Truwest Credit Union
      c/o Patricia Doyle-Kossick
2    4500 S. Lakeshore Drive, Suite 575
      Tempe, AZ 85282-7187
3

      Artemio and Flora Puedan
4    2124 Alexander Drive
      Escondido, CA 92025-6408
5

      BMW Financial Services
6    Customer Service Center
      PO Box 3608
7    Dublin, OH 43016-0306

8    CAJR, LLC
      PO Box 2219
9    Capistrano Beach, CA 92624-0219

10   Capital One Bank (USA), N.A.
      PO Box 71083
11   Charlotte, NC 28272-1083

12   Manny Hirschel
      112 Timberlodge Court
13   Roseville, CA 95747-8714

14   Nine Crown LLC
      c/o Michael A. Jones
15   Allen Barnes & Jones PLC
      1850 N. Central Ave., Suite 1150
16   Phoenix, AZ 85004-4512

17   P. Gregg Curry, Chapter 11 Trustee
      Navigant
18   201 E. Washington Street, Suite 1700
      Phoenix, AZ 85004-2245
19

      PAR/HVB Equipment Capital LLC
20   101 South Salina Street
      Syracuse, NY 13202-1311
21

      PYOD, LLC
22   Resurgent capital Services
      PO Box 19008
23   Greenville, SC 29602-9008

24

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1  Raymond Walls
   PO Box 27263
2  Santa Ana, CA 92799-7263

3  Siesta Foothills
   c/o Associa Arizona
4  1225 Alma Road #100
   Richardson, TX 75081-2298

5
   SJFT LLC
6  Attn: Yih G. Jan
   3819 E. Amberwood Drive
7  Phoenix, AZ 85045-7354

8  The Orthopedic Clinic Assoc
   2222 E. Highland Ave #300
9  Phoenix, AZ 85016-4879

10 Tru-West
   PO Box 3489
11 Scottsdale, AZ 85271-3489

12 _/s/ Joanellen Campanaro_

13

14 2117-001(322110)

15

16

17

18

19

20

21

22

23

24