**Dina L. Anderson**
**Chapter 7 Trustee**
21001 N. Tatum Blvd
#1630-608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Telephone: (480) 304-8312

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Jason Dominic Levecke, | ) | Case No. 2:16-00639-DPC- DPC |
| Andrea Yvette Levecke | ) | |
| | ) | **FIRST AND FINAL APPLICATION** |
| | ) | **FOR CHAPTER 7 ADMINISTRATIVE** |
| | ) | **CLAIM FOR COMPENSATION AND** |
| Debtors. | ) | **REIMBURSEMENT OF EXPENSES** |
| | ) | **FOR ACCOUNTANT OF TRUSTEE** |
| | ) | (***To be Noticed with Trustee's Final Report*** |
| | ) | |
| _____ | ) | |

## SUMMARY

| | | | | |
|---|---|---|---|---|
| Fees Previously Requested: | $ | 0.00 | Applicant: | |
| Fees Previously Awarded: | $ | 0.00 | Semple, Marchal & Cooper, LLP | |
| | | | | |
| Expenses Previously Requested: | $ | 0.00 | Role in case: | |
| Expenses Previously Awarded: | $ | 0.00 | Accountant for Dina L. Anderson | |
| | | | Chapter 7 Trustee | |

Current Application:

| | | |
|---|---|---|
| Fees Requested: | $ | 5,721.50 |
| Expenses Requested: | $ | 0.00 |
| Total Fees and Expenses: | $ | 5,721.50 |

1

Dina L. Anderson, the duly appointed Chapter 7 Trustee herein, hereby makes her First and Final Application for Chapter 7 Administrative Claim for Compensation and Reimbursement of Expenses for professional accounting services rendered by Semple, Marchal & Cooper, LLP ("Accountant"), on behalf of the Chapter 7 Trustee. In support of this Application, Accountant submits its billing invoice for fees and costs attached hereto as Exhibit "A." In further support, the Trustee represents as follows:

## I.  <u>BACKGROUND</u>

1.     On January 25, 2016, Jason Dominic Levecke and Andrea Yvette Levecke ("Debtors") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. Thereafter, Dina L. Anderson was appointed as Chapter 7 Trustee ("Trustee").

2.     On April 27, 2018, Trustee filed an *Application to Employ Accountant for Chapter 7 Trustee* to provide tax and accounting advice to the Trustee. The Trustee's application for employment of Accountant was approved by the Court on April 27, 2018.

3.     Accountant accepted employment in this case and agreed to be paid on an hourly basis at the following agreed upon rates:

| | |
|---|---|
| Guy Mechlem | $285.00 |
| Brian Semple | $320.00 |
| PJ Pelliccio | $250.00 |
| Paraprofessionals | $45.00 - $110.00 |

4.     The rates charged by Accountant are customary rates charged by comparably skilled practitioners for similar services rendered in comparable bankruptcy proceedings.

5.     All services for which compensation is requested were performed for and on behalf of the Trustee; all expenses for which reimbursement is requested were expended for and

2

on behalf of the Trustee. Compensation is sought pursuant to 11 U.S.C. §§ 330(a), 331, and 503(a) and (b), Fed. R. Bankr. P., Rule 2016(a) and the guidelines of the Office of the United States Trustee for the District of Arizona.

6.      Except as otherwise provided pursuant to 11 U.S.C. § 504(b)(1), Accountant has not shared, nor agreed to share, compensation with any other individuals or entities.

## II.      SERVICES PERFORMED AND COSTS INCURRED

7.      Accountant has rendered professional services to the Trustee since the date of filing the employment application. Accountant has advised the Trustee with respect to all tax and accounting matters relating to the administration of the estate, including the obligations of the Trustee in connection with tax reporting requirement as required for the proper administration of this estate.

8.      Detailed accounting of Accountant's services performed and costs incurred on behalf of the Trustee as set forth in the invoice attached hereto as Exhibit "A." The Trustee has reviewed the invoice and believes that the professional fees of Accountant are reasonable and should be paid.

## III.      CONCLUSION

Based on the foregoing, Trustee respectfully requests an order of this Court approving and allowing Semple, Marchal & Cooper, LLP's administrative claim for fees and costs in the total amount of $5,721.50 and further allowing for the payment of the above amount provided that payment will not prejudice claimants of equal and higher priority.

Dated: <u>August 9, 2019</u>                    <u>/s/ Dina L. Anderson</u>
                                            Dina L. Anderson
                                            Chapter 7 Trustee

COPIES of the foregoing sent via US Mail
on August 9, 2019 to:

DEBTORS:
Jason Dominic Levecke
Andrea Yvette Levecke
4473 S. Basha Road
Chandler, AZ 85248

NOTICES OF APPEARANCE:
Ronald J. Ellett
Ellett Law Offices, P.C.
2999 North 44thStreet, Suite 330
Phoenix, Arizona 85018

Thomas C. Axelson
Sherman & Howard, L.L.C.
201 East Washington Street, Suite 800
Phoenix, Arizona 85004-2327

Robert J. Miller, Esq.
Bryce A. Suzuki, Esq.
Justin A. Sabin, Esq
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

Ryan J. Bird
Gilbert Bird Law Firm, PC
10575 North 114th Street, Suite 115
Scottsdale, Arizona 85259

James F. Kahn
Law Office of James F. Kahn, P.C.
301 E. Bethany Home Road, Suite C-195
Phoenix, Arizona 85012-1266

J. Bennett Friedman, Esq.
Friedman Law Group, P.C.
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

Malcolm Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612

Schiff Hardin LLP
666 Fifth Avenue
New York, New York 10103

COPIES of the foregoing sent via E-Mail
on August 9, 2019 to:

UNITED STATES TRUSTEE:
Office of the United States Trustee
Jennifer.A.Giaimo@usdoj.gov

ACCOUNTANT:
Guy A. Mechlem
Semple, Marchal & Cooper, LLP
guy@semplecpa.com

ATTORNEY FOR DEBTORS:
Todd Feltus
Kercsmar & Feltus PLLC
Tfeltus@kflawaz.com

NOTICES OF APPEARANCE:
Edwin B. Stanley, Esq.
bstandley@simbroandstanley.com

Marian Garza
Ascension Capital Group, Inc.
ecfnotices@ascensioncapitalgroup.com

William R. Richardson
Richardson & Richardson, P.C.
wrichlaw@aol.com

Bruce G. Landau, Esq.
Bgl26@aol.com

W. Scott Jenkins, Jr. Esq.
Scott.jenkins@quarles.com

| | |
|---|---|
| 1 | Alissa A. Brice, Esq.<br>alissabrice@quarles.com |
| 2 | |
| 3 | Scott W. Hyder<br>shyder@scotthyderlaw.com |
| 4 | Mart T. Guerra Esq. |
| 5 | mguerra@sunstantebuilders.com |
| 6 | Todd A. Burgess, Esq.<br>Todd.burgess@gknet.com |
| 7 | Jason B. Binford, Esq. |
| 8 | jbinford@krcl.com |
| 9 | Aaron M. Waite<br>aaronw@w-legal.com |
| 10 | |
| 11 | Donald W. Fitzgerald<br>dfitzgerald@ffwplaw.com |
| 12 | Holly A. Estioko |
| 13 | hestioko@ffwplaw.com |
| 14 | Kami M. Hoskins<br>khoskins@jsslaw.com |
| 15 | Matthew H. Sloan |
| 16 | mhs@jhc-law.com |
| 17 | Bradley J. Stevens<br>bstevens@jsslaw.com |
| 18 | |
| 19 | Timothy I. McCulloch, Esq.<br>tmcculloch@hinshawlaw.com |
| 20 | Bradley L. Dunn, Esq. |
| 21 | bdunn@hinshawlaw.com |
| 22 | Sean P. O'Brien<br>spobrien@gustlaw.com |
| 23 | |
| 24 | David D. Cleary, Esq.<br>clearyd@gtlaw.com |
| 25 | |

Caroline R. Djang, Esq.
cdjang@rutan.com

Michael A. Jones
mjones@allenbarneslaw.com

Rebecca K. O'Brien, Esq.
robrien@rllaz.com

John J. Hebert
John.hebert@sackstierney.com

Wesley D. Ray
Wesley.Ray@SacksTierney.com

Rachel R. Obaldo
Bk-robaldo@oag.texas.gov


/s/   *Tommie L. Kirn*____
Tommie L. Kirn

7

# EXHIBIT  A

# Semple, Marchal & Cooper, LLP

2700 N Central Ave, 9th Floor
Phoenix, AZ 85004-1147

(602) 241-1500
semplecpa.com



Jason & Andrea Levecke
C/O Dina Anderson
21001 North Tatum Blvd., Suite 1630-608
Phoenix, AZ 85050

| | |
|---|---|
| Date: | 5/31/2019 |
| Invoice Number: | 195870 |
| Client: | 73002.0 |

Current Professional Services:

| Date | Service Code Name | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Tax Services | | | | | |
| 01/21/2019 | Bankruptcy Tax Return Services | Guy Mechlem | 0.10 | $290.00 | $29.00 |

Review ADOR notice requiring 2018 tax returns to be re-submitted, as originally prepared on 2017 tax forms

| | | | | | |
|---|---|---|---|---|---|
| 01/21/2019 | Bankruptcy Tax Return Services | Brian Lee | 0.60 | $160.00 | $96.00 |

Prepared updates to 2018 Form 1040 tax return for Jason D Levecke

| | | | | | |
|---|---|---|---|---|---|
| 01/21/2019 | Bankruptcy Tax Return Services | Brian Lee | 0.60 | $160.00 | $96.00 |

Prepared updates to 2018 Form 1041 tax return for Jason D Levecke

| | | | | | |
|---|---|---|---|---|---|
| 04/23/2019 | Bankruptcy Tax Return Services | Guy Mechlem | 0.20 | $290.00 | $58.00 |

Review files in order to determine status of completing bankruptcy tax returns as requested by Ryan Anderson

| | | | | | |
|---|---|---|---|---|---|
| 04/25/2019 | Bankruptcy Tax Return Services | Guy Mechlem | 1.00 | $290.00 | $290.00 |

Review AZ state 2018 tax returns re-issued as ADOR rejected originally filed tax returns prepared on 2017 forms due to short year

| | |
|---|---|
| Subtotal for: Tax Services | $569.00 |
| Total: | $569.00 |
| Invoice Total: | $569.00 |

## Statement of Open Accounts Receivable

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | Balance forward as of 05/01/2019 | | | $5,721.50 |
| 195870 | 05/31/2019 | Invoice | $569.00 | | $6,290.50 |
| | | Current Amount Due | | | $6,290.50 |

# Semple, Marchal & Cooper, LLP

2700 N Central Ave, 9th Floor
Phoenix, AZ 85004-1147

(602) 241-1500
semplecpa.com

Jason & Andrea Levecke
C/O Dina Anderson
21001 North Tatum Blvd., Suite 1630-608
Phoenix, AZ 85050

Date: 11/30/2018
Invoice Number: 194113
Client: 73002.0

Current Professional Services:

| Date | Service Code Name | Staff | Hours | Rate | Amount |
|------|-------------------|-------|-------|------|--------|
| Tax Services | | | | | |
| 04/06/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.10 | $285.00 | $28.50 |
| Review and sign application for appointment for Dina Anderson regarding Levecke | | | | | |
| 04/27/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.20 | $285.00 | $57.00 |
| Review Forms 1 and 2 from Trustee, including supporting documentation on asset recoveries | | | | | |
| 04/27/2018 | Bankruptcy Tax Return Services | Brian Lee | 2.20 | $155.00 | $341.00 |
| Review and organize documents provided for bk case | | | | | |
| 05/10/2018 | Bankruptcy Tax Return Services | Brian Lee | 2.70 | $155.00 | $418.50 |
| Prepared supporting workpapers | | | | | |
| 05/10/2018 | Bankruptcy Tax Return Services | Brian Lee | 0.80 | $155.00 | $124.00 |
| Review three settlement agreements for related activity for tax trial balance | | | | | |
| 05/10/2018 | Bankruptcy Tax Return Services | Brian Lee | 1.00 | $155.00 | $155.00 |
| Prepared tax trial balance for 2017 | | | | | |
| 05/10/2018 | Bankruptcy Tax Return Services | Brian Lee | 2.00 | $155.00 | $310.00 |
| Prepared 2017 Form 1040 for Jason Dominic Le Vecke | | | | | |
| 05/10/2018 | Bankruptcy Tax Return Services | Brian Lee | 0.50 | $155.00 | $77.50 |
| Prepared 2017 Form 1041 for Jason Dominic Le Vecke | | | | | |
| 05/14/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 2.10 | $285.00 | $598.50 |
| Review 2017 tax trial balance and supporting wrokpapers | | | | | |

| 05/17/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.10 | $285.00 | $28.50 |
|---|---|---|---|---|---|

Review Motion and Order regarding Ambsberry Family recovery

| 05/17/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.20 | $285.00 | $57.00 |
|---|---|---|---|---|---|

Review Ansberry Settlement Agreement in order to determine taxability of recovery relating to litigation

| 05/18/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.50 | $285.00 | $142.50 |
|---|---|---|---|---|---|

Review 2014 and 2015 tax returns to establish basis for income tax reporting

| 09/19/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.40 | $290.00 | $116.00 |
|---|---|---|---|---|---|

Update supporting workpapers for additional tax information received for Settlements

| 09/19/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.30 | $290.00 | $87.00 |
|---|---|---|---|---|---|

Update tax trial balance for new tax information received

| 09/19/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.30 | $290.00 | $87.00 |
|---|---|---|---|---|---|

Meeting with staff to review modifications to 2017 tax returns

| 09/20/2018 | Bankruptcy Tax Return Services | Brian Lee | 0.50 | $160.00 | $80.00 |
|---|---|---|---|---|---|

Prepared updates to 2017 Form 1040 and 1041 tax returns for Jason Levecke

| 10/24/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.50 | $290.00 | $145.00 |
|---|---|---|---|---|---|

Update 2017 tax trial balance for components of rental property sold in order to clarify and agree trial balance to IRS From 4797

| 10/24/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 1.00 | $290.00 | $290.00 |
|---|---|---|---|---|---|

Review 2017 tax returns of Jason Levecke

| 10/24/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.80 | $290.00 | $232.00 |
|---|---|---|---|---|---|

Prepare and review 2017 tax returns of Andrea Levecke

| 10/25/2018 | Bankruptcy Tax Return Services | Brian Lee | 0.10 | $160.00 | $16.00 |
|---|---|---|---|---|---|

Meet with Guy on tax trial balance and supporting workpaper changes/additions

| 10/25/2018 | Bankruptcy Tax Return Services | Brian Lee | 0.40 | $160.00 | $64.00 |
|---|---|---|---|---|---|

Prepared updates and additions to supporting workpapers for 2017

| 10/25/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.10 | $290.00 | $29.00 |
|---|---|---|---|---|---|

Meeting with staff to review for additional workpapers and conclusions to complete supporting workpapers

| 10/25/2018 | Bankruptcy Tax Return Services | Guy Mechlem | 0.50 | $290.00 | $145.00 |
|---|---|---|---|---|---|

Review 2018 activity and filing requirements for 2018 tax returns, including requirement for filing IRS Form 982 for relief of debt

| Date | Service | | Name | Hours | Rate | Amount |
|------|---------|--|------|-------|------|--------|
| 10/25/2018 | Bankruptcy Tax Return Services | | Brian Lee | 0.40 | $160.00 | $64.00 |
| Prepared supporting workpapers for 2018 | | | | | | |
| 10/25/2018 | Bankruptcy Tax Return Services | | Brian Lee | 0.30 | $160.00 | $48.00 |
| Prepared supporting workpapers for 2018 | | | | | | |
| 10/25/2018 | Bankruptcy Tax Return Services | | Brian Lee | 0.60 | $160.00 | $96.00 |
| Prepared supporting workpapers for 2018 | | | | | | |
| 10/30/2018 | Bankruptcy Tax Return Services | | Brian Lee | 0.30 | $160.00 | $48.00 |
| Prepared tax trial balance for 2018 | | | | | | |
| 10/30/2018 | Bankruptcy Tax Return Services | | Brian Lee | 1.00 | $160.00 | $160.00 |
| Prepared 2018 Form 1040 tax return for Jason Levecke | | | | | | |
| 10/30/2018 | Bankruptcy Tax Return Services | | Brian Lee | 0.30 | $160.00 | $48.00 |
| Prepared 2018 Form 1041 tax return for Jason Levecke | | | | | | |
| 11/02/2018 | Bankruptcy Tax Return Services | | Guy Mechlem | 1.00 | $290.00 | $290.00 |
| Review 2018 tax returns for Jason Levecke | | | | | | |
| 11/02/2018 | Bankruptcy Tax Return Services | | Guy Mechlem | 0.75 | $290.00 | $217.50 |
| Review 2018 tax trial balance and supporting workpapers | | | | | | |
| 11/02/2018 | Bankruptcy Tax Return Services | | Guy Mechlem | 0.70 | $290.00 | $203.00 |
| Prepare and review 2018 tax returns for Andrea Levecke | | | | | | |
| 11/06/2018 | Bankruptcy Tax Return Services | | Denisse Covarrubias | 0.70 | $110.00 | $77.00 |
| Prepared Chapter 7 Federal & State Income Tax Returns in accordance with IRS & State regulation for tax period 01/01/2017-12/31/2017 for Jason Levecke | | | | | | |
| 11/06/2018 | Bankruptcy Tax Return Services | | Denisse Covarrubias | 0.70 | $110.00 | $77.00 |
| Prepared Chapter 7 Federal & State Income Tax Returns in accordance with IRS & State regulation for tax period 01/01/2017-12/31/2017 for Jason Levecke | | | | | | |
| 11/06/2018 | Bankruptcy Tax Return Services | | Denisse Covarrubias | 0.70 | $110.00 | $77.00 |
| Prepared Chapter 7 Federal & State Income Tax Returns in accordance with IRS & State regulation for tax period 01/01/2018-1031/2018 or Jason Levecke | | | | | | |
| 11/06/2018 | Bankruptcy Tax Return Services | | Denisse Covarrubias | 0.70 | $110.00 | $77.00 |
| Prepared Chapter 7 Federal & State Income Tax Returns in accordance with IRS & State regulation for tax period 01/01/2018-1031/2018 or Andrea Levecke | | | | | | |
| 11/06/2018 | Bankruptcy Tax Return Services | | Denisse Covarrubias | 0.80 | $110.00 | $88.00 |

Prepared 60 day prompt determination letters

| Date | Description | | | | | | |
|------|------|------|------|------|------|------|------|
| 11/07/2018 | Bankruptcy Tax Return Services | Guy Mechlem | | | 0.20 | $290.00 | $58.00 |

Review claims register in order to assess debt relief for tax returns

| 11/07/2018 | Bankruptcy Tax Return Services | Guy Mechlem | | | 0.40 | $290.00 | $116.00 |

Final review and issuance of 2018 tax returns for Andrea Levecke, including prompt determination letter

| 11/07/2018 | Bankruptcy Tax Return Services | Guy Mechlem | | | 0.40 | $290.00 | $116.00 |

Final review and issuance of 2017 tax returns for Jason Levecke, including prompt determination letter

| 11/07/2018 | Bankruptcy Tax Return Services | Guy Mechlem | | | 0.40 | $290.00 | $116.00 |

Final review and issuance of 2017 tax returns for Andrea Levecke, including prompt determination letter

| 11/07/2018 | Bankruptcy Tax Return Services | Guy Mechlem | | | 0.40 | $290.00 | $116.00 |

Final review and issuance of 2018 tax returns for Jason Levecke, including prompt determination letter

|  |  | Subtotal for: Tax Services | $5,721.50 |
|--|--|--|--|
|  |  | Total: | $5,721.50 |
|  |  | Invoice Total: | $5,721.50 |

### Statement of Open Accounts Receivable

| Invoice | Date | Description | Charge | Credit | Balance |
|---------|------|-------------|--------|--------|---------|
|  |  | Balance forward as of 11/01/2018 |  |  | $0.00 |
| 194113 | 11/30/2018 | Invoice | $5,721.50 |  | $5,721.50 |
|  |  | Current Amount Due |  |  | $5,721.50 |