UST-27A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re:<br><br>JASON DOMINIC LEVECKE and [X]<br>ANDREA YVETTE LEVECKE,<br><br>In re:<br><br>CARL DAMIEN LEVECKE and<br>NEISHA NADINE LEVECKE,<br><br>Debtors.<br><br>THIS FILING APPLIES TO SPECIFIED DEBTORS [X] | § § § § § § § § § § § § § § | Case No. 2:16-BK-00639-DPC<br>2:16-BK-00640-DPC<br><br>(Jointly administered under<br>Case No. 2:16-BK-00639-DPC)<br><br>TRUSTEE'S APPLICATION FOR<br>COMPENSATION AND<br>REIMBURSEMENT OF EXPENSES |

The undersigned Trustee of the above-entitled estate hereby files this Application for Compensation and Reimbursement of Expenses, and declares as follows:

1. <u>Introduction</u>. The petition commencing this case was filed on <u>01/25/2016</u>, the undersigned was appointed Trustee on <u>01/25/2016</u>, and the 11 U.S.C. §341(a) meeting was completed on <u>02/29/2016</u>.

2. <u>Disposition of Assets</u>. All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. §554(a) or (b), or will be abandoned pursuant to §554(c). An accounting of the disposition of all property is attached to the Trustee's Final Report (TFR) as Form 1 (Individual Estate Property Record).

3. <u>Receipts and Disbursements</u>. An itemized statement of the Trustee's receipts and disbursements showing total receipts of <u>$94,100.01</u>, disbursements of <u>$72,443.82</u>, and balance of funds on hand of <u>$21,656.19</u>, is attached to the Trustee's Final Report (TFR) as Form 2 (Estate Case Receipts and Disbursements Record).

4. <u>Trustee's Fees and Expenses</u>. Pursuant to 11 U.S.C. §330(a), I request as compensation for the services rendered by me as Trustee in this case the amount of <u>$7,955.00</u>. Pursuant to 11 U.S.C. §326(a), the maximum amount of compensation allowable in this case is <u>$7,955.00</u>.

| | | | |
|---|---:|---|---:|
| Receipts | $94,100.01 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $89,100.01 | 10% of next 45,000 | $4,500.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $44,100.01 | 5% of next 950,000 | $2,205.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

I have received $0.00 of the total compensation requested as interim compensation, and now request the additional sum of $7,955.00 as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:

| | |
|---|---:|
| PHOTOCOPY (243.00 @ $0.250 ) | $60.75 |
| POSTAGE (1.00 @ $0.485 ) | $0.49 |
| POSTAGE (31.00 @ $0.500 ) | $15.50 |
| TRAVEL EXPENSE (0.48 @ $0.560 ) | $0.27 |
| POSTAGE (2.00 @ $0.705 ) | $1.41 |
| POSTAGE (8.00 @ $0.925 ) | $7.40 |
| MVD SEARCH (26.75 @ $1.000 ) | $26.75 |
| POSTAGE (10.00 @ $2.050 ) | $20.50 |
| POSTAGE (1.00 @ $6.800 ) | $6.80 |
| POSTAGE (1.00 @ $8.460 ) | $8.46 |
| POSTAGE (2.00 @ $9.090 ) | $18.18 |
| BOND CALCULATION (1.00 @ $22.370 ) | $22.37 |
| Total Expenses | $188.88 |

I have received $0.00 of this total as interim reimbursement, and now request the additional sum of $188.88 as my final reimbursement.

5. The Trustee requests ratification and approval of such additional administrative expense(s) as may be set forth below:

Banking and Technology Service Fees to Integrity Bank of $1,156.41.
These fees represent 1.9% APR for bank balances held by the Trustee through the month the Trustee's Final Report is submitted to the United States Trustee's Office for review and approval, and cover bank service fees, which include vendor fees to TrusteSolutions/Financial Software Solutions, LLC for case management and financial software, hardware, courier fees, check/deposit stock, software/IT/banking services and support. These fees are actual, necessary and indispensable, and are required by the Trustee to comply with case management, statistical, coding, administrative, and financial reporting requirements of the United States Trustee's Office, the Bankruptcy Court, and/or the Bankruptcy Code and Rules.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: September 6, 2019  /s/ Dina L. Anderson
Dina L. Anderson, Trustee